**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| **CHARLENE WEATHERSBY** | § | |
| | § | |
| | § | |
| **VERSUS** | § | **CIVIL ACTION NO.** |
| | § | **1:25-cv-098 – JRH-BKE** |
| | § | |
| | § | |
| **UNIVERSAL PROPERTY &** | § | |
| **CASUALTY INSURANCE COMPANY** | § | |

## NOTICE OF APPEARANCE

COMES NOW, Jonathan Bailie, of National Center for Life and Liberty Inc., and hereby notifies the Court and all parties of his representation of Plaintiff Charlene Weathersby, in the above-styled matter.

This is the 16th day of June, 2026.

                Respectfully Submitted,

        By: */s/ Jonathan Bailie*
           Jonathan Bailie
           National Center for Life and Liberty Inc.
           Georgia Bar Number 431244
           13790 Roosevelt Blvd., Suite A
           Clearwater, Florida 33762
           Telephone: 727-401-6409
           Fax: 727-398-3907
           Email: jbailie@ncll.org
           ***Attorney for Plaintiff, Charlene Weathersby***

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| **CHARLENE WEATHERSBY** | § | |
| | § | |
| | § | |
| | § | |
| **VERSUS** | § | **CIVIL ACTION NO.** |
| | § | **1:25-cv-098 – JRH-BKE** |
| | § | |
| **UNIVERSAL PROPERTY &** | § | |
| **CASUALTY INSURANCE COMPANY** | § | |

**CERTIFICATE OF SERVICE**

I do hereby certify that on June 16, 2026, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send notice of electronic filing to counsel of record.

Alexander Fain
Alexander Fain, State Bar No. 926533
303 Peachtree St. NE, Suite 3500
Atlanta, GA 30308
(404) 885-6024
faina@deflaw.com
*Attorney for Defendant*

Brandy Scott Mai
Ga. Bar No. 746703
Chad T. Wilson Law Firm, PLLC
455 East Medical Center Blvd., Ste 555
Webster, TX 77598
Ph: (713) 222-6000 ext. 430
bmai@cwilsonlaw.com
*Attorney for Plaintiff*

By: /s/ Jonathan Bailie
Jonathan Bailie
National Center for Life and Liberty Inc.
Georgia Bar Number 431244
13790 Roosevelt Blvd., Suite A
Clearwater, Florida 33762
Telephone: 727-401-6409
Fax: 727-398-3907
Email: jbailie@ncll.org
*Attorney for Plaintiff Charlene Weathersby*