# United States District Court

## *Southern District of Georgia*

CHARLENE WEATHERSBY

Plaintiff

Case No. 1:25-cv-098-JRH-BKE

v.

UNIVERSAL PROPERTY & CASUALTY INSURANCE

Defendant

Appearing on behalf of

UNIVERSAL PROPERTY & CASUAL

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 24th day of August, 2026.

UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

NAME OF PETITIONER: Robert H. Betts

Business Address: Drew Eckl & Farnham, LLP
Firm/Business Name

303 Peachtree Street, NE
Street Address

| Street Address (con't) | City | State | Zip |
|---|---|---|---|
| Suite 3500 | Atlanta | GA | 30308 |

Mailing Address (if other than street address)

| Address Line 2 | City | State | Zip |
|---|---|---|---|
| | | | |

| Telephone Number (w/ area code) | Georgia Bar Number |
|---|---|
| (404) 885-6023 | 943255 |

Email Address: bettsr@deflaw.com